1  GLANCY PRONGAY & MURRAY LLP
2  Lionel Z. Glancy (#134180)
   Robert V. Prongay (#270796)
3  Lesley F. Portnoy (#304851)
   Charles H. Linehan (#307439)
4  1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160
7  Email: rprongay@glancylaw.com

8  *Attorneys for Lead Plaintiffs*

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12  ARTHUR  KAYE  IRA  FCC  AS          No. CV 17-3250 FMO (SKx)
    CUSTODIAN      DTD      6-8-00,
13  Individually and On Behalf of All   CLASS ACTION
    Others Similarly Situated,
14                                      **JOINT STIPULATION**
15                   Plaintiff,         **REGARDING AMENDMENT**
                                        **TO CONSOLIDATED FIRST**
16         v.                           **AMENDED COMPLAINT AND**
                                        **BRIEFING SCHEDULE**
17
18  IMMUNOCELLULAR                      Hon. Fernando M. Olguin
    THERAPEUTICS,   LTD.,   DAVID
19  FRACTOR, JOHN S. YU, ANDREW
    GENGOS,    MANISH    SINGH,
20  LAVOS,    LLC,    LIDINGO
    HOLDINGS,   LLC,   KAMILLA
21  BJORLIN,   ANDREW   HODGE,
22  BRIAN NICHOLS, and VINCENT
    CASSANO,
23
24
25                   Defendants.

26

27

28

1        Pursuant to Local Rule 7-1, co-lead plaintiffs Arthur Kaye IRA FCC as

2   Custodian DTD 6-8-00 and Hayden Leason ("Lead Plaintiffs") and defendants

3   Immunocellular Therapeutics, Ltd., David Fractor, John S. Yu, Andrew Gengos,

4   Manish Singh, Lavos, LLC, Lidingo Holdings, LLC, Kamilla Bjorlin, and Andrew

5   Hodge (collectively "Defendants"), by and through their counsel, hereby jointly

6   stipulate as follows: [1]

7        WHEREAS, on August 24, 2017, Lead Plaintiffs filed their Consolidated

8   First Amended Complaint;

9        WHEREAS, Defendants are due to file their Answer to the Consolidated

10   First Amended Complaint or other response no later than September 28, 2017;

11        WHEREAS, on September 21, 2017, Defendants and Lead Plaintiffs met

12   and conferred to discuss Defendants' anticipated motion to dismiss to the

13   Consolidated First Amended Complaint;

14        WHEREAS, in light of the issues discussed during the meet and confer

15   conference, Lead Plaintiffs desire to amend their Consolidated First Amended

16   Complaint and file a Consolidated Second Amended Complaint;

17        WHEREAS, Defendants do not object to Lead Plaintiffs' request to amend;

18        WHEREAS, Fed. R. Civ. P. 15(a)(2) permits a party to amend its complaint

19   with the consent of the opposing party or the Court's leave, and states that "[t]he

20   court should freely give leave when justice so requires";

21        WHEREAS, the parties to this stipulation anticipate that Defendants will

22   respond to Lead Plaintiffs' Consolidated Second Amended Complaint by filing a

23   motion to dismiss;

24        WHEREAS, the parties agree that the complexity of this case requires an

25   extension of the briefing schedule otherwise called for by the Federal Rules

26

27   [1] Defendants Vincent Cassano and Brian Nichols were each served on July 20,
2017 and July 21, 2017, respectively (and certificates of service have been filed

28   with the Court), but neither have appeared in the action.

1   related to Defendants' anticipated motion to dismiss;

2       WHEREAS, the parties to this stipulation have conferred and agreed upon a
3   schedule for Lead Plaintiffs to file their Consolidated Second Amended Complaint
4   and a briefing schedule for Defendants' anticipated motion to dismiss the
5   Consolidated Second Amended Complaint;

6       WHEREAS, granting leave to amend in securities class actions is not
7   unusual. *See, e.g.*, *Read v. Amira Nature Foods Ltd.*, *et al.*, Case No. 2:15-cv-
8   00957-FMO-PJW (C.D. Cal. Sept. 3, 2015) (Olguin, J.) (Order Re Stipulation) (so
9   ordering parties' stipulation to amend the complaint and set a new briefing
10  schedule on defendants' anticipated motion to dismiss) (ECF No. 76);

11      WHEREAS, given the parties' agreement that the existing Consolidated
12  First Amended Complaint should be amended, no purpose would be served by
13  Defendants' filing their anticipated motion to dismiss the Consolidated First
14  Amended Complaint on September 28, 2017, or holding a hearing on the motion
15  to dismiss scheduled for November 16, 2017 (ECF No. 42).

16      IT IS HEREBY STIPULATED AND AGREED among the undersigned
17  parties, subject to the Court's approval, as follows:

18      1.    Defendants shall not respond to the Consolidated First Amended
19  Complaint, and the Hearing on Defendants' Motion to Dismiss currently
20  scheduled for November 16, 2017 should be taken off calendar;

21      2.    Lead Plaintiffs shall file their Consolidated Second Amended
22  Complaint on or before October 13, 2017;

23      3.    Defendants shall file their motion to dismiss the Consolidated Second
24  Amended Complaint or Answer no later than November 10, 2017;

25      4.    Lead Plaintiffs shall file an opposition to the motion, if any, no later
26  than December 6, 2017;

27      5.    Defendants shall file a reply in further support of the motion, if any,

28

1    no later than December 21, 2017;

2        6.    In the event Defendants wish to file a motion to dismiss, then counsel

3    for the parties shall, on or before November 1, 2017, at 10:30 a.m.[2] meet and

4    confer in person at an agreed upon location within the Central District of

5    California to discuss Defendants' motion to dismiss;

6        7.    The Court shall hold a hearing on Defendants' motion to dismiss on

7    January 18, 2018 at 10:00 a.m., or on such other date as the Court may order; and

8        8.    Except as set forth herein, the Court's Order dated August 4, 2017

9    (ECF No. 42) shall remain in effect.

10   **IT IS SO STIPULATED.**

11       Pursuant to Civil Local Rule 5-4.3.4., I hereby attest that the content of this

12   document is acceptable to counsel for the undersigned defendants and I have

13   obtained authorization to affix their electronic signature to this document.

14

15   Dated:  September 25, 2017        GLANCY PRONGAY & MURRAY LLP

16                                     *s/ Robert V. Prongay*

17                                     Robert V. Prongay (270796)

18                                     *Counsel for Lead Plaintiffs*

19

20   Dated:  September 25, 2017        COOLEY LLP

21                                     *s/ Jeffrey M. Kaban*

22                                     Jeffrey M. Kaban (235743)

23                                     *Counsel for Defendants ImmunoCellular*

24                                     *Therapeutics, Ltd., David Fractor, John Y. Yu,*
                                       *and Andrew Gengos*

25

26

27   _____

28   [2] Counsel may agree to meet and confer at another time and place without seeking
     court approval for such an agreement.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  September 25, 2017        GARTENBERG GELFAND HAYTON LLP

*s/ Edward Gartenberg*
Edward Gartenberg (102693)

*Counsel for Defendants Lidingo Holdings, LLC, Kamilla Bjorlin, and Andrew Hodge*

Dated:  September 25, 2017        REED SMITH LLP

*s/ James L. Sanders*
James L. Sanders (126291)

*Counsel for Defendants Manish Singh and Lavos, LLC*

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.   On September 25, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on September 25, 2017, at Los Angeles, California.

_s/ Robert V. Prongay_____
Robert V. Prongay

# Mailing Information for a Case 2:17-cv-03250-FMO-SK Arthur Kaye IRA FCC as Custodian DTD 6-8-00 v. ImmunoCellular Therapeutics, Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Angela L Dunning**
  adunning@cooley.com

- **John C Dwyer**
  jdwyer@cooley.com,bgiovannoni@cooley.com

- **Robert C Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Jeffrey M Kaban**
  jkaban@cooley.com,lalmanza@cooley.com

- **Jessie A R Simpson Lagoy**
  jsimpsonlagoy@cooley.com,galancr@cooley.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Rosemary M Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)