GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: Rprongay@Glancylaw.Com

*Attorneys for Lead Plaintiffs*

COOLEY LLP
John C. Dwyer (136533)
Angela L. Dunning (212047)
Jeffrey M. Kaban (235743)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400

*Attorneys for Defendants ImmunoCellular Therapeutics, Ltd., David Fractor,*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur Kaye IRA FCC as Custodian DTD 6-8-00 Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ImmunoCellular Therapeutics, Ltd., *et al.*,<br><br>Defendants. | Case No.  2:17-cv-03250-FMO-SK<br><br>CLASS ACTION<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND STIPULATION TO EXTEND STAY WHILE PARTIES PREPARE SETTLEMENT DOCUMENTATION** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-CV-03250-FMO-SK

Pursuant to Local Rule 7-1, co-lead plaintiffs Arthur Kaye IRA FCC as Custodian DTD 6-8-00 and Hayden Leason ("Plaintiffs") and defendants Immunocellular Therapeutics, Ltd. ("IMUC"), David Fractor, Manish Singh, Lavos, LLC, Lidingo Holdings, LLC, Kamilla Bjorlin, and Andrew Hodge (collectively, "Defendants") (all together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate that good cause exists to request an order from the Court staying the case in its entirety;

WHEREAS, on May 29, 2018, the Court entered an order granting Defendants' Motion to Dismiss with leave to amend, instructing Plaintiffs to file a Consolidated Third Amended Complaint ("TAC") by June 15, 2018; Defendants to file any motion to dismiss the TAC by July 12, 2018; and that the Parties meet and confer with respect to any motion to dismiss the TAC by June 29, 2018;

WHEREAS, following the Court's MTD Order, the Parties commenced settlement negotiations to resolve this action;

WHEREAS, on June 13, 2018, the Parties submitted a joint stipulation requesting an extension of the deadline for Plaintiffs to file the TAC and subsequent briefing related thereto;

WHEREAS, on June 14, 2018, the Court so ordered the Parties' June 13, 2018 stipulation, extending the time for Plaintiffs to file their TAC until June 29, 2018 and setting a briefing schedule for any related motion to dismiss;

WHEREAS, on June 27, 2018, the Parties submitted another joint stipulation requesting an extension of the deadline for Plaintiffs to file the TAC and subsequent briefing related thereto;

WHEREAS, on June 29, 2018, Plaintiffs filed their TAC because the Court had not entered the Parties' June 27, 2018 stipulation;

WHEREAS, on July 2, 2018, the Court so ordered the Parties' June 27, 2018 stipulation, extending all deadlines in the Court's June 14, 2018 Order by a period of fourteen (14) days and staying the case for those fourteen (14) days;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-CV-03250-FMO-SK

WHEREAS, on July 17, 2018, the Parties reached an agreement in principle to resolve their dispute pursuant to a class-wide settlement in the above-captioned action, subject to the Parties' negotiation, execution, and submission to the Court of a formal stipulation of settlement and preliminary and final approval by the Court;

WHEREAS, the parties expect to submit the tentative settlement to the Court for preliminary approval within 30 days;

WHEREAS, the parties agree that this case should remain stayed while they negotiate the terms of a written stipulation of settlement and related documentation;

WHEREAS, the parties agree that the requested stay would allow them to focus on preparing the necessary settlement documentation while avoiding unnecessary expense associated with further litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, through their undersigned counsel of record, subject to Court approval, as follows:

**1.** All proceedings in the above-captioned action shall remain stayed pending finalization and submission of the settlement documents to the Court.

**2.** The parties shall work diligently to complete the necessary settlement documentation and will promptly submit it to the Court for preliminary approval.

**3.** The stay of the above-captioned action may be lifted upon request of any party or by stipulation of the parties, or as otherwise ordered by this Court.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-CV-03250-FMO-SK

| | | |
|---|---|---|
| Dated: | July 18, 2018 | GLANCY PRONGAY & MURRAY LLP<br>LIONEL Z. GLANCY (134180)<br>ROBERT V. PRONGAY (270796)<br>LESLEY F. PORTNOY (304851)<br>CHARLES H. LINEHAN (307439)<br><br>*/s/ Robert V. Prongay*<br>Robert V. Prongay<br><br>*Counsel for Lead Plaintiffs* |
| Dated: | July 18, 2018 | COOLEY LLP<br>JOHN C. DWYER (136533)<br>ANGELA L. DUNNING (212047)<br>JEFFREY M. KABAN (235743)<br>JESSIE A. R. SIMPSON LAGOY (305257)<br><br>*/s/ Angela L. Dunning*<br>Angela L. Dunning<br><br>*Attorneys for Defendants, ImmunoCellular Therapeutics, Ltd., and David Fractor* |
| Dated: | July 18, 2018 | GARTENBERG GELFAND HAYTON LLP<br>EDWARD GARTENBERG (102693)<br>MILENA DOLUKHANYAN (303157)<br>BRETT HEEGER (306245)<br><br>*/s/ Edward Gartenberg*<br>Edward Gartenberg<br><br>*Counsel for Defendants Lidingo Holdings, LLC, Kamilla Bjorlin, and Andrew Hodge* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-CV-03250-FMO-SK

| | | |
|---|---|---|
| 1 | Dated: July 18, 2018 | REED SMITH LLP<br>JAMES L. SANDERS (126291)<br>FRANCISCA M. MOK (206063) |
| 2 | | |
| 3 | | |
| 4 | | */s/ James L. Sanders*<br>James L. Sanders |
| 5 | | |
| 6 | | *Counsel for Defendants Manish Singh and Lavos, LLC* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-CV-03250-FMO-SK

**FILER'S ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule 5–4.3.4(a)(2), I, Angela L. Dunning, attest that all signatories listed, on whose behalf this filing is being submitted, concur in the filing's content and have authorized the filing.

Dated: July 18, 2018

/s/ Angela L. Dunning
Angela L. Dunning

180913497

Cooley LLP
Attorneys At Law
Palo Alto

5.

NOTICE OF TENTATIVE SETTLEMENT &
STIPULATION TO EXTEND STAY
2:17-cv-03250-FMO-SK