# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-3250 FMO (SKx)** | Date | **July 25, 2018** |
| Title | **Arthur Kaye IRA FCC as Custodian DTD 6-8-00, et al. v. ImmunoCellular Therapeutics, Ltd., et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re: Notice of Settlement and Requirements Re: Preliminary Approval**

Having reviewed the parties' Notice of Tentative Settlement and Stipulation to Extend Stay (Dkt. 108, "Notice of Settlement"), filed on July 18, 2018, IT IS ORDERED THAT:

1. All pending deadlines and proceedings are hereby vacated.

2. Plaintiffs shall file a Motion for Class Certification and Preliminary Approval of Settlement Agreement ("Motion") no later than **September 6, 2018**.

3. Plaintiffs are advised that the court will not grant the Motion unless it includes a discussion and evidentiary support, where appropriate, regarding the following issues:

(A) All class certification requirements, including declarations from proposed class representatives as to the adequacy of their representation of the class;

(B) Whether the settlement is within a range of possible judicial approval, including the fairness of its terms and settlement amount to the class members;

(C) The arms-length negotiation of the settlement discussion(s), including whether, and to what extent, the proposed class representatives were involved in the negotiation(s);

(D) Incentive payments and the standard set forth in Radcliffe v. Experian Info. Solutions Inc., 715 F.3d 1157 (9th Cir. 2013), including: (i) declarations from the proposed class representatives regarding the time, risk, and burden carried by them in this action, and the benefit they provided to counsel and/or the class throughout the litigation; (ii) the distribution of payments and range of award amounts to class members; and (iii) whether the incentive payments are conditioned on approval of the settlement;

(E) Adequacy of the class notice, including whether and how it fairly apprises the putative

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 17-3250 FMO (SKx)** | Date | **July 25, 2018** |
| Title | **Arthur Kaye IRA FCC as Custodian DTD 6-8-00, et al. v. ImmunoCellular Therapeutics, Ltd., et al.** | | |

class members of the terms of the proposed settlement, and of the options available to them in connection with the settlement and court proceedings:

(i) The court prefers that settlement agreement not require class members to submit objections to counsel, the class administrator, and the court. It suffices for objections to be submitted in writing to the court, since they will thereafter be available to the parties on the case docket once the objections are filed by the clerk of the court.

(ii) In order to ease the burden on class members in exercising their rights under the proposed settlement agreement, the court prefers that the settlement agreement provide for submission of an opt-out or exclusion form, to be provided to class members by the settlement administrator;

(F) How the settlement will be administered, including the proposed amount and cap to be paid to the settlement administrator; and

(G) The parties should carefully evaluate the scope of the release of claims. With respect to absent class members, the court generally disfavors broad releases and waivers pursuant to California Civil Code § 1542.

4. Failure to file the motion for preliminary approval by the deadline set by the court shall result in dismissal of the case for failure to prosecute and/or to comply with a court order.

5. Defendants may also file a brief in support of the motion for preliminary approval by the deadline set forth above.

00 : 00

Initials of Preparer vdr