| | |
|---|---|
| 1 | GLANCY PRONGAY & MURRAY LLP |
| | Lionel Z. Glancy (#134180) |
| 2 | Robert V. Prongay (#270796) |
| | Lesley F. Portnoy (#304851) |
| 3 | Charles H. Linehan (#307439) |
| | 1925 Century Park East, Suite 2100 |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| 5 | Facsimile: (310) 201-9160 |
| | Email: Rprongay@Glancylaw.Com |
| 6 | |
| 7 | *Attorneys for Lead Plaintiffs* |
| 8 | COOLEY LLP |
| | John C. Dwyer (136533) |
| 9 | Angela L. Dunning (212047) |
| | Jeffrey M. Kaban (235743) |
| 10 | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| 11 | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| 12 | |
| 13 | *Attorneys for Defendants ImmunoCellular Therapeutics, Ltd., David Fractor, John S. Yu, and Andrew Gengos* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Arthur Kaye IRA FCC as Custodian DTD 6-8-00, Individually and On Behalf of All Others Similarly Situated, | Case No.  2:17-cv-03250-FMO-SK |
| | CLASS ACTION |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO EXTEND DATE TO FILE PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |
| v. | |
| ImmunoCellular Therapeutics, Ltd. *et al.*, | |
| Defendants. | Judge:    Hon. Fernando M. Olguin |

1   Having read and considered the Joint Stipulation to Extend Date to File Preliminary Approval of Settlement Agreement, and for good cause appearing:

IT IS HEREBY ORDERED that:

**1.** The deadline in the Court's July 25, 2018 (In Chambers) Order Re: Notice of Settlement and Requirements Re: Preliminary Approval (Dkt. 109) for Plaintiffs to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement no later than September 6, 2018 shall be extended by one week (7 days) to and including September 13, 2018.

Dated: September 10, 2018

_____
Hon. Fernando M. Olguin
United States District Judge

185719740