LEVI & KORSINSKY, LLP
Rosemary M. Rivas
Rosanne L. Mah
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 373-1671
E-mail: rrivas@zlk.com

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR KAYE IRA FCC AS CUSTODIAN DTD 6-8-00 and HAYDEN LEASON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>IMMUNOCELLULAR THERAPEUTICS, LTD., DAVID FRACTOR, MANISH SINGH, LAVOS, LLC, LIDINGO HOLDINGS, LLC, KAMILLA BJORLIN, ANDREW HODGE, and BRIAN NICHOLS,<br><br>　　Defendants. | Case No. 2:17-cv-03250-FMO (SK)<br><br>CLASS ACTION<br><br>**COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>**Date: August 22, 2019<br>Time: 10:00 a.m.<br>Room: 6D<br>Judge: Hon. Fernando M. Olguin** |

## TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Re Plaintiffs' Motion for Preliminary Class Action Settlement Approval ("Preliminary Approval Order" (Dkt. No. 136)), on August 22, 2019 at 10:00 a.m., before the Honorable Fernando M. Olguin, in Courtroom 6D of the United States District Court for the Central District of California, 350 W. First Street, Los Angeles, California 90012, Court-appointed Co-Lead Counsel, Levi & Korsinsky, LLP and Wolf Popper LLP, (collectively, "Co-Lead Counsel"), and liaison counsel Glancy Prongay & Murray LLP ("Liaison Counsel," together with "Co-Lead Counsel," "Counsel") will and hereby do move the Court for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses. This motion is based on this Notice of Motion; the memorandum of points and authorities in support thereof; the Joint Declaration of Rosemary M. Rivas, Esq., Joshua W. Ruthizer, Esq., and Lesley F. Portnoy Esq., in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Settlement, Class Certification and Plan of Allocation; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Counsel is unaware of any opposition to this motion. Pursuant to the Preliminary Approval Order, any objection to Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses must be filed on or before a June 4, 2019. To date, no objections have been filed. A proposed Order granting the requested relief has been filed concurrently herewith.

//
//
//
//

2    Case No. 2:17-cv-03250-FMO (SK)
COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Dated: May 3, 2019

Respectfully submitted,

By:    */s/ Rosemary M. Rivas*
**LEVI & KORSINSKY, LLP**
Rosemary M. Rivas
Rosanne L. Mah
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 373-1671
E-mail: rrivas@zlk.com

*Co-Lead Counsel for Plaintiffs and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile:  (212) 486-2093
E-mail: rfinkel@wolfpopper.com
E-mail: jruthizer@wolfpopper.com

*Co-Lead Counsel for Plaintiffs and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email:   lglancy@glancylaw.com

*Liaison Counsel for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On May 3, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2019, at San Francisco, California.

*/s/Rosemary M. Rivas*
Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**

COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES