JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/19/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR KAYE, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> IMMUNOCELLULAR THERAPEUTICS, LTD., et al., <br><br> Defendants. | Case No. SA CV 17-3250 FMO (SKx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Arthur Kaye and Hayden Leason shall each be paid a service payment of $2,500 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $287,500 in attorney's fees, and $62,200.92 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, A.B. Data Ltd., shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 19th day of November, 2019.

                                                      /s/
                               Fernando M. Olguin
                         United States District Judge